JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JIM McDONNELL, Sheriff,<br><br>　　　　　Respondent. | Case No. CV 17-884-DOC (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Denying Motion for Temporary Restraining Order and Preliminary Injunction, and Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 10, 2017

_/s/ David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE